December 02, 2005

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Ms. Carla S. Hatcher
Thorpe, Hatcher & Washington, L.L.P.
2929 Carlisle, Suite 250
Dallas, TX 75204
Mr. Roger L. Mandel
Stanley Mandel & Iola, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

RE: Case Number: 02-1110
 Court of Appeals Number: 05-01-00116-CV
 Trial Court Number: 98-02991-K

Style: DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, ET AL.
 v.
 WILLIAM H. BOLTON II, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |